IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| TIMOTHY R. FOX a/k/a ROBERT MARVIN FOX, JR., | : | |
| Plaintiff | : | |
| VS. | : | NO. 1:06-CV-102 (WLS) |
| Warden CYNTHIA NELSON, *et al.*, | : | |
| Defendants | : | **RECOMMENDATION** |

Plaintiff **TIMOTHY R. FOX a/k/a ROBERT MARVIN FOX, JR.**, has filed three motions asking the Court to grant him a preliminary injunction directing the defendants to provide him with appropriate mental health treatment (Tab #s 7 & 10) and to follow "GDOC protective custody procedures in regard to protective custody housing and feeding" (Tab # 27). However, plaintiff is complaining about problems that existed at Autry State Prison and he is now incarcerated at Rutledge State Prison. Under established law of this circuit, a prisoner's claim for declaratory and injunctive relief is mooted by his transfer or release from the facility about which he complains. *Zatler v. Wainwright*, 802 F.2d 397, 399 (11th Cir. 1986). Because plaintiff is no longer confined at Autry, his request for injunctive relief is now moot. Accordingly, it is **RECOMMENDED** that plaintiff's motions be **DENIED**.

Plaintiff has also filed a motion entitled "Motion for Notification by the Court," in which plaintiff asks that the Court notify him if it grants any of his requests for injunctive relief (Tab # 24).

1

Because plaintiff, as a party, is entitled under Rule 5(a) of the Federal Rules of Civil Procedure to receive every court order filed in the course of this case, it is **RECOMMENDED** that this motion be **DENIED**.

Under 28 U.S.C. § 636(b)(1), plaintiff may serve and file written objections to this recommendation with Judge W. Louis Sands within ten (10) days after being served a copy of this order.

**SO RECOMMENDED**, this 20th day of December, 2006.

*/s Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE