**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| TIMOTHY R. FOX a/k/a ROBERT MARVIN FOX, JR., : : : Plaintiff : : v. : 1:06-CV-102 (WLS) : Warden CYNTHIA NELSON, et. al., : : Defendants : | |

## **ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge filed on December 20, 2006. (Doc. 39). It is recommended that Plaintiff's Motions for Preliminary Injunction (Docs. 7, 27) be denied as moot, Plaintiff's Motion for Emergency Injunction (Doc. 10) be denied as moot, and Plaintiff's Motion for Notification by the Court (Doc. 24) be denied. (Doc. 39). No objection has been filed.

Upon full review and consideration upon the record, the Court finds that the Report and Recommendation (Doc. 39) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Plaintiff's Motions for Preliminary Injunction (Docs. 7, 27) are **DENIED AS MOOT**; Plaintiff's Motion for Emergency Injunction (Doc. 10) is **DENIED AS MOOT**; and Plaintiff's Motion for Notification by the Court (Doc. 24) is **DENIED**.

**SO ORDERED**, this  23rd  day of January, 2007.

                                                                                 /s/W. Louis Sands
                                                     **THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT**