IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

TIMOTHY R. FOX a/k/a ROBERT MARVIN FOX, JR., :
:
:
Plaintiff :
:
:
VS. : **1 : 06-CV-102 (WLS)**
:
:
Warden CYNTHIA NELSON, *et al*, :
:
:
Defendants. :

## RECOMMENDATION

Presently pending in this § 1983 action is the plaintiff's Motion for Injunctive Relief. The plaintiff requests that the court issue an order directing prison officials to house protective custody inmates without roommates, to allow only officers to interact with the protective custody inmates, and to require an officer to stand at cell doors at any time a "tray door" is unlocked. As with plaintiff's earlier filed motions for injunctive relief, the plaintiff has now been transferred from the facility about which he originally complained, and which was the subject of his requests for injunctive relief. Under established law of this circuit, a prisoner's claim for declaratory and injunctive relief is mooted by his transfer or release from the facility about which he complains. Zatler v. Wainwright, 802 F.2d 397, 399 (11th Cir. 1986). Accordingly, it is the recommendation of the undersigned that the plaintiff's Motion for Injunctive Relief be **DENIED**. Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable W. Louis Sands, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED**, this 21st day of February, 2007.

     /s/ ***Richard L. Hodge***
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE