**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| TIMOTHY R. FOX a/k/a ROBERT MARVIN FOX, JR., : : : Plaintiff : : v. : : Warden CYNTHIA NELSON, et. al., : : Defendants : : | 1:06-CV-102 (WLS) |

## **ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge filed on February 21, 2007. (Doc. 70). It is recommended that Plaintiff's Motion for Preliminary Injunction (Doc. 26) be denied as moot. No objection has been filed.

Upon full review and consideration upon the record, the Court finds that the Report and Recommendation (Doc. 70) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Plaintiff's Motion for Preliminary Injunction (Doc. 26) is **DENIED AS MOOT**.

**SO ORDERED**, this __21st__ day of March, 2007.

                                                                   /s/W. Louis Sands
                                                        **THE HONORABLE W. LOUIS SANDS,
                                                        UNITED STATES DISTRICT COURT**