# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

TIMOTHY R. FOX, :
:
    Plaintiff, :
:
v. : 1:06-cv-102 (WLS)
:
CYNTHIA NELSON, et. al., :
:
    Defendants. :
:

## ORDER

Before the Court is a Recommendation from United States Magistrate Richard L. Hodge filed on May 24, 2007. (Doc. 111). It is recommended Plaintiff's Motions for Default (Doc. 100) and to Stay Custody at Rutledge State Prison (Doc. 42) be denied. (Doc. 111). Plaintiff filed a timely objection to the Report and Recommendation on June 11, 2007. (Doc. 113).

In the Recommendation it was found that Plaintiff's Motion for Entry of Default (Doc. 42) is based on Defendants Nelson, Webb, Jones, Rigsby, Tamargo, Saad, Amideo, DeGroot, Wilson, Nobles, Owens, Lewis, Hooper, Garmon, and O'Neil's alleged failure to file an answer to Plaintiff's recast complaint. It having been found that these defendants timely filed a motion for more definite statement pursuant to Fed. R. Civ. P. 12(e), it was found that the entry of default against these defendants is not appropriate. It is therefore recommended that Plaintiff's Motion for Entry of Default (Doc. 42) be denied. (Doc. 111).

Respecting Plaintiff's Motion to Stay Custody, it was found that having failed to identify any specific threat of constitutional violation or other behavior that merits the relief requested, Plaintiff has not established that he is entitled to injunctive relief or that no other relief is available to address his alleged injuries. It is therefore recommended that Plaintiff's Motion to Stay Custody at Rutledge State Prison (Doc. 100) be denied. (Doc. 111).

In his objection, Plaintiff does not dispute findings made in the Recommendation, but rather reasserts the same facts and arguments previously considered and addressed by the Magistrate Judge in his Recommendation. (Doc. 113). The Court finds Plaintiff's objections without merit. Accordingly, Plaintiff's objections are **OVERRULED**.

1

Upon review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 111) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein, together with the findings made and conclusions reached herein.  Accordingly, Plaintiff's Motion to Stay Custody at Rutledge State Prison (Doc. 42) is **DENIED**; and Plaintiff's Motion for Default (Doc. 100) is **DENIED**.

**SO ORDERED**,  this   31st   day of July, 2007.


　　　　　　　　　　　　　　　　　　　　　　 /s/W. Louis Sands　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　**THE HONORABLE W. LOUIS SANDS,**
　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**