IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| TIMOTHY R. FOX, | : |
| Plaintiff | : |
| VS. | :     1 : 06-CV-102 (WLS) |
| CYNTHIA NELSON, et al., | : |
| Defendants. | : |

**ORDER AND RECOMMENDATION**

Presently pending herein are motions for summary judgment filed on behalf of the defendants. The plaintiff filed this action pursuant to 42 U.S.C. § 1983 on July 18, 2006, raising a multitude of allegations against various defendants regarding his mental health treatment while confined at Autry State Prison ("ASP"). Following a review of the plaintiff's claims and his multiple motions to amend, the court directed the plaintiff to file a recast complaint on August 23, 2006. The plaintiff, after filing numerous other motions, complied with this directive on November 27, 2006, and on December 20, 2006, the court issued an order allowing the plaintiff's claims to proceed.

By order dated May 24, 2007, the undersigned granted the defendants' Motion for More Definite Statement and directed the plaintiff to file a concise, no more than ten (10) page statement of his claims, listing each defendant and his or her alleged wrongdoing against the plaintiff. On July 2, 2007, the plaintiff complied with the court's directives and filed a statement of his claims, listing each defendant and a concise statement of his allegations against him or her. To the extent that the plaintiff's More Definite Statement satisfied the requirements set out by